IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MARY E. MCNALLY,

    Plaintiff,

v.   Case No. 2:03cv2801 D/V

METHODIST HEALTHCARE and
METHODIST HEALTHCARE MEMPHIS
HOSPITALS and RANDALL "RANDY"
SECREASE,

    Defendants.

---

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

---

Comes now Plaintiff, by and through her attorneys, and moves the Court for an order extending the time for Plaintiff to submit a response to Defendants' motion for summary judgment from Tuesday, September 6, 2005 to Monday, September 12, 2005. This motion is not opposed by the Defendants and will not interfere with the trial date. In support, Plaintiff relies on the memorandum accompanying this motion.

**MOTION GRANTED**
DATE: 9-6-2005

/s/ Bernice Bouie Donald
BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9/9/05

Respectfully submitted,

DONATI LAW FIRM, LLP

By: _____
Donald Donati
William B. Ryan
1545 Union Avenue
Memphis, TN 38104
901/278-1004
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and exact copy of the foregoing has been served via U.S. Mail, postage prepaid, on the attorneys for Defendants Methodist Healthcare and Methodist Healthcare Memphis Hospitals, David P. Jaqua and Jessica A. Neal, Butler, Snow, O'Mara, Stevens, & Cannada, PLLC, 6075 Poplar Avenue, Suite 500, Memphis, TN 38119, on this the 2nd day of September, 2005.

_____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:03-CV-02801 was distributed by fax, mail, or direct printing on September 9, 2005 to the parties listed.

---

Donald A. Donati
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

W. Polk Tillman
LAW OFFICE OF W. POLK TILLMAN
5090 Mill Branch Rd.
Ste. 2
Memphis, TN 38130--036

David P. Jaqua
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

William B. Ryan
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Honorable Bernice Donald
US DISTRICT COURT