IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |
|---|---|
| MARY E. MCNALLY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 03-2801-DP |
| | ) |
| METHODIST HEALTHCARE AND METHODIST HEALTHCARE MEMPHIS HOSPITALS, AND RANDALL "RANDY" SECREASE, | ) |
| | ) |
| Defendants. | ) |

### ORDER GRANTING DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

Before the Court is the motion (dkt. # 15) of Methodist Healthcare and Methodist Healthcare Memphis Hospitals ("Defendants") for Judgment on the Pleadings as to the claim of Mary E. McNally ("Plaintiff") for unlawful sex discrimination in violation of the Tennessee Human Rights Act ("THRA"), Tenn. Code Ann. § 4-21-101 et seq. Defendants argue that Plaintiff's THRA claim is barred by the one-year statute of limitations, Tenn. Code Ann. § 4-21-311 (2004). Plaintiff admitted in response to Defendants' motion that she has no good faith basis to oppose the motion. Accordingly, upon agreement of the parties, the Court **GRANTS** Defendants' Motion for Judgment on the Pleadings as to Plaintiff's claim for unlawful discrimination on the basis of sex in violation of the THRA.

IT IS SO ORDERED this 21 day of September, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-22-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:03-CV-02801 was distributed by fax, mail, or direct printing on September 22, 2005 to the parties listed.

---

David P. Jaqua
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Donald A. Donati
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

W. Polk Tillman
LAW OFFICE OF W. POLK TILLMAN
5090 Mill Branch Rd.
Ste. 2
Memphis, TN 38130--036

William B. Ryan
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Honorable Bernice Donald
US DISTRICT COURT